Eastern District of Kentucky
FILED
NOV 21 2025
AT LONDON
Robert R. Carr
CLERK US. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-cr-096-CHB

CHRISTOPHER J. MERAM

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

On or about a date in May 2024, the exact date unknown, and continuing through September 2025, the exact date unknown, in Laurel, Madison, Clark, and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**CHRISTOPHER J. MERAM**

did conspire with others to knowingly and intentionally distribute controlled substances, including 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about September 8, 2025, in Fayette County, in the Eastern District of Kentucky,

## CHRISTOPHER J. MERAM

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

**FOREPERSON**

**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 2:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.